

# Fourth Court of Appeals
## San Antonio, Texas

June 6, 2019

No. 04-19-00364-CV

**TEXAS RESEARCH** and Technology Foundation,
Appellant

v.

**VINTAGE OAKS, L.L.C.,**
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 18-06-25023-CV
Honorable Camile Glasscock Dubose, Judge Presiding

# O R D E R

The Medina County District Clerk's motion for extension of time to file the clerk's record is granted. We order the clerk's record due June 26, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court